# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00478-CV

**Cynthia Ulett Lynch, Appellant**

**v.**

**TRISUN Healthcare, LLC, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 07-638-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellee TRISUN Healthcare, LLC, filed a motion to dismiss this appeal for lack of jurisdiction on the ground that appellant Cynthia Ulett Lynch failed to timely file her notice of appeal. The trial court entered final judgment on August 10, 2009, and Lynch filed a motion for new trial on August 19, 2009. Because Lynch filed a motion for new trial, the notice of appeal was due to be filed November 9, 2009. *See* Tex. R. App. P. 26.1(a) (party must file notice of appeal within 90 days after judgment signed if party filed motion for new trial). Lynch filed her notice of appeal May 10, 2010, and she did not file a motion to extend time to file her notice of appeal. Because Lynch's notice of appeal was not timely filed, this Court is without jurisdiction over the appeal. *See* Tex. R. App. P. 2, 25.1(b), 26.3. Accordingly, we grant TRISUN's motion and dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Jones, Justices Patterson and Henson

Dismissed for Want of Jurisdiction

Filed:  December 30, 2010

2